# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARIA GLADYS ASHQUI,<br><br>                Plaintiff,<br><br>v.<br><br>HOTEL HYATT,<br><br>                Defendant. | Civil No. 17-227 (JRT/KMM)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

      Maria Gladys Ashqui, 1811 Park Ave South, Minneapolis, MN 55404, *pro se* plaintiff.

      A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on July 17, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based on the Report and Recommendation of the Magistrate Judge and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

      1.    This matter is **DISMISSED WITHOUT PREJUDICE**.

      2.    The application to proceed in forma pauperis of plaintiff Maria Gladys Ashqui [Docket No. 2] is **DENIED**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 4, 2017                 s/John R. Tunheim

at Minneapolis, Minnesota                JOHN R. TUNHEIM
                                         Chief Judge
                                         United States District Court